COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-453-CR 

EX PARTE

JIMMY C. BURGETT

----------

FROM THE 97
TH
 
DISTRICT COURT OF MONTAGUE COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the request to dismiss appeal without prejudice filed by Jimmy C. Burgett, pro se.  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the request and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: October 14, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.